```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 08876
   DAVID J JOHNSON
   CHRISTINE M JOHNSON                              CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-3847      SSN XXX-XX-8603


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/15/07 .

     2.  The case was dismissed without confirmation, 08/24/2007.

     3.  The Debtor paid a total of $     415.00 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE          CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE          MORTGAGE ARRE   NOT FILED            .00            .00
HSBC MORTGAGE SERVICES      CURRENT MORTG         .00            .00            .00
ADVERTISER NETWORK          UNSECURED       NOT FILED            .00            .00
ASPIRE VISA                 UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO             UNSECURED       NOT FILED            .00            .00
COMED                       UNSECURED       NOT FILED            .00            .00
LAKE COUNTY HEALTH DEPT     UNSECURED       NOT FILED            .00            .00
NICOR GAS                   UNSECURED       NOT FILED            .00            .00
TRANSWORLD SYSTEMS INC      UNSECURED       NOT FILED            .00            .00
SBC AMERITECH CORP          UNSECURED       NOT FILED            .00            .00
TCF BANK                    UNSECURED       NOT FILED            .00            .00
TRIBUTE MASTER CARD         UNSECURED       NOT FILED            .00            .00
FIRST PREMIER BANK          UNSECURED       NOT FILED            .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID         .00          .00          .00          .00          .00
INTEREST PAID          .00          .00          .00          .00          .00
TOTAL PAID             .00          .00          .00          .00          .00
The Debtor's attorney, DENNIS G KNIPP                 , was allowed $   3500.00
and was paid $   1000.00   direct and $     404.21   through the plan.

The Trustee received $      10.79 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/16/07                            /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE